

**FILED**
JEFFREY A. APPERSON, CLERK
APR 1 3 2007
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## In The United States District Court
## For the
## Western District of Kentucky

**Justice Resource Center, Marlyn Bland,**        **Plaintiffs**
**Robert Mitchem, et al.**

**Vs.**

**Complaint**                                     Case No. **3:07CV209-C**

**City of Louisville and**                        **Defendants**
**Louisville Metro Police**

Comes now the Plaintiffs, and for their cause of action against the Defendents, state as follows:

1. That the jurisdiction of this court is invoked pursuant to Federal Question.

2. That the Defendents, City of Louisville and the Louisville Metro Police Department, intend to close the street of Broadway from 9th Street west to 34th Street on May 6, 2007; Kentucky Derby Day.

3. That Broadway is a main thoroughfare of the City and runs east and west directly through the city's west end, a predominately black area of the city.

4. That the closing of Broadway will irreparably harm black businesses along the Broadway corridor because the actions of the Defendants will cause great profit loss to black owned businesses along Broadway.

5. That the City of Louisville does not intend to close and will not close any other main thoroughfare in the City on Derby Day.

6. That no apartheid like passes will be required to drive ones vehicle on any other main thoroughfare in the City except for the passes required to drive on Broadway.

7. That by closing the Broadway corridor on Derby Day, many black businesses will be denied the opportunity to earn income and will thereby lose profits without due process of law as secured by the Fourteenth Amendment to the United States Constitution.

8. That the City of Louisville makes millions of dollars as a result of the Kentucky Derby and the events held as a result thereof.

9. That no other segment of the Louisville community will be negatively impacted by the actions of the Defendants as will be he Louisville West End black community.

10. That the black business community of Louisville's West End will be financially deprived and denied while no such deprivation will be heaped upon the white businesses of the City.

11. That by closing the Broadway corridor on Derby Day, black business owners will lose business and income.

12. That the conduct of the Defendents will cause black business owners located in Louisville's West End to be subjected to disparate treatment at the hands of the Defendants.

13. That as a result of being subjected to disparate treatment by the Defendants, Plaintiffs will be subjected to racial discrimination without due process of law.

14. That the racial discrimination that will be suffered by black business owners along the Broadway corridor is in violation of the Fourteenth Amendment to the United States Constitution.

15. That although black businesses along the Broadway corridor will be negatively impacted by the actions of the Defendents, the City has not sought the opinions or ideas of the black business owners in an effort to develop a Derby Day plan that will take into consideration the loss of black business profits.

16. That although the health and safety of the Louisville citizenry is of primary importance and concern to the City, a better Derby Day plan can and should be put into effect that takes black business concerns into account and that does not unfairly deprive black businesses of income during the Kentucky Derby festivities.

17. That the City of Louisville cannot justify its dictatorial actions against black business owners by asserting that the public policy of citizenry health and safety outweighs the fact that black business owners will be racially discriminated against with regard to lost profits during the Kentucky festivities.

WHEREFORE: Plaintiffs move this honorable court for the following relief:

a. That Defendants be ordered to re-work the Derby Day traffic plan with regard to taking into account the minimization of business loss and business access to black owned businesses along the Broadway corridor.

b. That black business owners along the Broadway corridor be financially compensated by the City for any financial loss that the suffer as a result of the City's Derby Day plan,

c. That Plaintiff's will be awarded all other relief that the Court deems appropriate.

Respectfully submitted

*Rev Louis Coleman*

Louis Coleman, Pro-se
Director, Justice Resource Center
1601 Maple Street
Louisville, Kentucky 40211